UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

Jennifer Turner,                                    Case No. 5:21-cv-01395-TLW

PLAINTIFF

v.

**ORDER**

Kilolo Kijakazi, Acting Commissioner of
Social Security Administration,

DEFENDANT

After the Court entered an order, ECF No. 20, remanding this social security matter to the Commissioner for further proceedings, Plaintiff's counsel filed a motion for attorney fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF No. 22. The Commissioner does not oppose the motion. ECF No. 25.

Under the EAJA, a court shall award attorney fees to a prevailing party in certain civil actions against the United States unless the court finds that the government's position was substantially justified or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). An EAJA attorney fees award is payable to the litigant and, therefore, is subject to an offset to satisfy the litigant's pre-existing debt to the Government. *Astrue v. Ratliff*, 560 U.S. 586, 594 (2010).

After careful consideration of the record and the applicable legal authority, Plaintiff's for attorney fees under the EAJA, ECF No. 22, is **GRANTED**. The Commissioner is ordered to award Plaintiff $5.175.00 for all legal services rendered

2

on Plaintiff's behalf by counsel in connection with this action, to be offset by the amount of Plaintiff's pre-existing federal debts, if any.

IT IS SO ORDERED.

s/ Terry L. Wooten
Terry L. Wooten
Senior United States District Judge

January 31, 2023
Columbia, South Carolina